IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 NOV -7 PM 3: 05
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| DEBRA C. JONES and HOWARD E. CASH, | ) | 02-C-1368-S |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 7 2002

**FINDINGS AND CONCLUSIONS**

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant Debra C. Jones on September 10, 2002, and Howard E. Cash on September 4, 2002. Defendants have failed to appear, plead, or otherwise defend.

2. Defendants are not infants or incompetent persons, nor have Defendants been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendants are indebted to Plaintiff in the principal sum of $6,270.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), accrued interest of $358.24 through November 4, 2002, at the rate of 3.5 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $0.00 and costs of



Marshal Service of $0.00.

    4. Plaintiff is due to recover from Defendants the total sum of $6,778.24, plus interest from November 4, 2002, until date of judgment at the rate of 3.5 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly,

    DONE this _____7th_____ day of November, 2002.

                                                  _____
                                                  Chief United States District Judge
                                                  U. W. Clemon